David J. McGlothlin (17389 UT)
david@kazlg.com
Ryan L. McBride, Esq. (16218 UT)
ryan@kazlg.com
Kazerouni Law Group, APC
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **FRANCISCO RODRIGUEZ, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CASCADE COLLECTIONS, LLC,**<br><br>Defendant. | **APPENDIX- LIST OF EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**<br><br>Case No.: 2:20-cv-00120-JNP<br><br>**Judge: Hon. Jill N. Parrish** |

The following is a list of the Exhibits attached to Plaintiff's Motion for Summary Judgment, Plaintiff's Reply to Defendant's Response to Motion for Summary Judgment, and Plaintiff's Response to Defendant's Motion to Dismiss or alternatively for Summary Judgment.

1. Attached as Exhibit A is a true and correct copy of Plaintiff's Retail Installment Contract with Astor Brothers & Co. produced by Defendant

2. Attached as Exhibit B is a true and correct copy of Defendant's collection letter to Plaintiff dated April 26, 2019 produced by Plaintiff.

3. Attached as Exhibit C is a true and correct copy of the deposition transcript of Defendant's 30(b)(6) representative, Tucker Morris.

4. Attached as Exhibit D is a true and correct copy of the Collection Agreement between Defendant and Astor Brothers & Co. produced by Defendant.

5. Attached as Exhibit E is a true and correct copy of Defendant's Answer in this matter.

6. Attached as Exhibit E is a true and correct copy of the deposition transcript of Diana Tartaglia, former office manager for Defendant.

7. Also attached is a true and correct copy of Plaintiff Francisco Rodriguez's Declaration in Support of Plaintiff's Motion for Summary Judgment.

By signing below, Plaintiff's Counsel, Ryan L. McBride, declares under oath and subject to the penalty of perjury in the State of Utah that the above-referenced

Exhibits are the true and correct copies of the documents as were provided to Plaintiff's counsel during the course of litigation in this matter.

Respectfully Submitted:	**Kazerouni Law Group**

Dated: August 28, 2020	/s/ Ryan L. McBride
	Ryan L. McBride, Esq.
	Attorney for Plaintiff